IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARREL L. DICKENS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT.COM, INC.,<br><br>Defendant. | Case No. 1:21-cv-00842<br><br>District Judge John Robert Blakey |

## DEFENDANT CREDIT.COM'S
## <u>MOTION TO STRIKE CLASS ALLEGATIONS</u>

Defendant Credit.com, Inc. ("Credit.com"), by counsel, and pursuant to Rules 12(f) and 23(d)(1)(D) of the Federal Rules of Civil Procedure, hereby moves to strike Plaintiff Angela Buell's class allegations regarding putative class members over whose claims this Court cannot exercise subject matter jurisdiction. The reasons in support of the motion are set forth in the accompanying memorandum in support, which is incorporated herein by reference.

WHEREFORE, Credit.com respectfully requests that the Court: (1) grant its Motion to Strike Class Allegations; and (2) grant Credit.com any other such relief as the Court may deem appropriate.

Dated: April 22, 2021

Respectfully submitted,

**Credit.com**

By: <u>/s/ Punit K. Marwaha</u>
Punit K. Marwaha, ARDC #6307990
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Phone: (312) 759-5949
punit.marwaha@troutman.com

*Attorney for Defendants*

115258149