# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sharrel L. Dickens

                Plaintiff,

v.                                   Case No.: 1:21−cv−00842

                                                      Honorable John Robert Blakey

Credit.com

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 26, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' notice of settlement [18], the Court hereby dismisses this case without prejudice under Rule 41(a)(2). Absent reinstatement by 7/26/21, this dismissal shall convert to a dismissal with prejudice without further order. The Court denies as moot the pending motion to strike [12] and strikes all set dates and deadlines. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.